**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**ATLANTIC SPECIALTY INSURANCE COMPANY**          **PLAINTIFF**

**V.**          **CAUSE NO.: 1:14CV023-SA-SAA**

**WEBSTER COUNTY, MISSISSIPPI**          **DEFENDANT**

CONSOLIDATED WITH

**WEBSTER COUNTY, MISSISSIPPI**          **PLAINTIFF**

**V.**          **CAUSE NO.: 1:14CV053-SA-DAS**

**ATLANTIC SPECIALTY INSURANCE COMPANY**          **DEFENDANT**

**ORDER**

The court conducted a settlement conference with the parties and counsel on October 21, 2014. The parties have reached a conditional settlement and set a timetable for resolution of questions of categorizing claims and setting value on claimed losses, and they ask that this consolidated action be stayed, rather than dismissed, pending resolution of these questions. Accordingly, it is

    **ORDERED**

that these cases are **STAYED** until February 2, 2015. If the case has not been finally resolved by that date, the court will conduct a telephonic status conference with counsel at 10:00 a.m. on February 10, 2015, with counsel for Atlantic Specialty Insurance Company responsible for initiating the call.

    This, the 5th day of November, 2014

                                            s/ S. Allan Alexander
                                       UNITED STATES MAGISTRATE JUDGE